**Order entered April 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00214-CV

### SAN SABA PECAN, LP, Appellant

### V.

### GIVE AND GO PREPARED FOODS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. C-17-13535**

## ORDER

Before the Court is appellant's April 24, 2019 unopposed motion for an extension of time to file its amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellant on April 17, 2019 filed as of the date of this order.

Appellee shall file its brief no later than **May 15, 2019**.

/s/     ERIN A. NOWELL
        JUSTICE